




EXHIBIT 1 Page 1 of 3








EXHIBIT 1 Page 2 of 3






EXHIBIT 1 Page 3 of 3